UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BANK OF NEW YORK MELLON AS TRUSTEE FOR CWABS, INC. ASSET BACKED CERTIFICATES, SERIES 2005-4, | ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:22-CV-0656-G-BH |
| CHARLES RAY OSBORN and BRIEANNE OSBORN, | ) ) ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court, except for the following:  (1) on page 3, line 4, the word "against" should be deleted; (2) on page 3, line 6, the citation "(*Id.* at 4)" should be deleted and replaced with "(*See* doc. 1 at 4);" (3) on page 5, line 7, "57" should be deleted and replaced with "56;" (4) on page 8, line 3, the comma after the word "acceleration"

should be inside the quotation marks, directly after the word "acceleration," and in brackets like "[,];" (5) on page 8, line 6, the comma after the word "parties" should be inside the quotation marks, directly after the word "parties," and in brackets like "[,];" and (6) on page 8, line 16, "[sic]" should be added after "20218."

The motion to dismiss and brief in support, filed May 9, 2022 (docket entry 13), by the defendant Charles Ray Osborn is **DENIED**.

**SO ORDERED**.

February 14, 2023.

_____
**A. JOE FISH**
**Senior United States District Judge**