UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BANK OF NEW YORK MELLON AS TRUSTEE FOR CWABS, INC. ASSET BACKED CERTIFICATES, SERIES 2005-4,<br><br>Plaintiff,<br><br>VS.<br><br>CHARLES RAY OSBORN and BRIEANNE OSBORN,<br><br>Defendants. | CIVIL ACTION NO.<br><br>3:22-CV-0656-G-BH |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge,[*] in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court.

The plaintiff's motion for summary judgment, filed September 26, 2022 (docket entry 21), is **GRANTED**. By separate judgment, the plaintiff will be authorized to foreclose on its lien on the real property located at 730 Becky Lane,

---

[*] No objections were filed.

Waxahachie, Texas 75165 in accordance with the Note, Deed of Trust, and § 51.002 of the Texas Property Code.

**SO ORDERED**.

July 12, 2023.

*/s/ A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**